RECEIVED

## MICHAEL T. DIPRIMA, ESQ.
*Attorney and Counselor at Law*

FEB 07 2018

Jonathan W. Feldman
U.S. Magistrate Judge
Western District of New York

**40 Humboldt Street**
**Rochester, New York 14609**

Telephone: (585) 797-7926
Facsimile: (585) 292-5589
*mdiprima@rochester.rr.com*

February 6, 2018

Magistrate Jonathan Feldman
U.S. District Court, WDNY
100 State Street
Rochester, N.Y. 14614

**Re: USA v. Roland Yockel II, Case No. 6:17MJ-00666-JWF**

Dear Magistrate:

This letter confirms my request to adjourn Mr. Yockel's case at the present time for a period of approximately one month, as we are continuing our review of this case.

Therefore, on behalf of Mr. Yockel we hereby move for an adjournment as well as to exclude this time in the interest of justice.

As always, thank you for your courtesies and consideration.

Very truly yours,

Michael T. DiPrima, Esq.

SO ORDERED. Request granted. The status conference shall be adjourned until 3/13/18, at 9:30. At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the conference. I find that the defendant's and the public's interest in a speedy indictment/trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government.

Dated: 2/7/18

Jonathan W. Feldman, USMJ